UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:13-cv-00281-BO

| | |
|---|---|
| GARY MAURICE EZELL, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |
| ) | |

For good cause having been shown, upon the Motion of the Plaintiff to Dismiss it is hereby

ORDERED that this claim be dismissed, without prejudice.

This is the 2 day of ~~August~~ October, 2014.

BY: _____
United States District Court Judge